IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TRUSTEES OF CENTRAL LABORERS'
PENSION, WELFARE & ANNUITY FUNDS,

    Plaintiff,

v.                                 Case No. 11-cv-157-DRH-PMF

SOUTHERN CONTRACTING, INC.,
an Illinois Corporation,

    Defendant.

## ORDER

**HERNDON, Chief Judge:**

    This matter comes before the Court for purposes of case management. On February 14, 2012, the Court entered an Order granting defense counsel's motion to withdraw (Doc. 23). However, as a corporation cannot litigate in federal court unless represented by a lawyer licensed to practice in that court, *United States v. Hagerman*, 545 F.3d 579, 581-82 (7th Cir. 2008), the Court noted defendant was required to retain new counsel and file a supplementary entry of appearance within 21 days. Defendant failed to retain new counsel within the requisite 21 days. Accordingly, defendant has until **Friday, March 16, 2012,** to retain new counsel and enter an entry of appearance, or the Court will not allow it to defend or comment upon the plaintiff's request for damages.

**IT IS SO ORDERED.**

Signed this 7th day of March, 2012.

David R. Herndon
2012.03.07
14:27:25 -06'00'

                                                **Chief Judge**
                                                **United States District Court**